**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ARCTICDX, INC., ARCTICAX, INC., and ARCTICAX US LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SEQUENOM, INC. and SEQUENOM CENTER FOR MOLECULAR MEDICINE LLC, <br><br> Defendants. | CIVIL CASE NO.  2:12-cv-00081-JRG-RSP |

**NOTICE OF SERVICE OF PLAINTIFFS' DISCLOSURES**
**PURSUANT TO THE COURT'S JUNE 13, 2012, ORDER**

Please take notice that on July 18, 2012, the Plaintiffs served on all counsel the Disclosures ordered by the Court on June 13, 2012 (D.I. 29) and as required under Federal Rule of Civil Procedure 26(a)(1)(A).

DATED:  July 18, 2012

Respectfully submitted,

 /s/ John W. Cox_____
John W. Cox, Ph.D. (GA Bar 134059)
(john.cox@alston.com)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel:  (404) 881-7000
Fax:  (404) 881-7777

Deepro R. Mukerjee (NY Bar 4046157)
(deepro.mukerjee@alston.com)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016-1387
Tel: 214-210-9400
Fax: 212-210-9444

Jason W. Cook (TX Bar 24028537)
(jason.cook@alston.com)
ALSTON & BIRD LLP
2828 N. Harwood Street
Suite 1800
Dallas, TX 75201-2139
Tel: 214-922-3400
Fax: 214-922-3899

*Attorneys for Plaintiffs ArcticDx, Inc., ArcticAx, Inc., and ArcticAx US Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 18, 2012, the foregoing document was electronically submitted with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. Pursuant to Local Rule CV-5, the electronic case files system sent a "Notice of Electronic Filing" to all counsel of record

/s/ John W. Cox_____
John W. Cox (Ga Bar 134059)