IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ARCTICDX, INC., ARCTICAX, INC., and ARCTICAX US LTD., <br><br>Plaintiffs, <br><br>v. <br><br>SEQUENOM, INC. and SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC, <br><br>Defendants. | NO. 2:12-cv-81-JRG-RSP <br><br>Jury Trial Demanded |

## ORDER

Upon consideration of the Joint Motion to Amend Docket Control Order in the above-captioned matter, IT IS HEREBY ORDERED that the Court's June 13, 2012 Docket Control Order (Dkt. No. 30) is amended as follows:

| Event | Current | Revised |
|---|---|---|
| Comply with P.R. 3-3, 3-4, & 3-5 (Invalidity Contentions) | Earlier of 10 days after the Court's Ruling on Motion to Dismiss or August 24, 2012 | August 29, 2012 |

**IT IS SO ORDERED.**

   **SIGNED this 23rd day of August, 2012.**

                                        ROY S. PAYNE
                                        UNITED STATES MAGISTRATE JUDGE