**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ARCTICDX, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>SEQUENOM, INC., et al.<br><br>Defendants. | Civil Case No. 2:12-cv-00081-JRG-RSP |

**PLAINTIFFS' NOTICE OF COMPLIANCE WITH P.R. 3-3, 3-4, AND 3-5**

Plaintiffs ArcticDx, Inc., ArcticAx, Inc. and ArcticAx US Ltd. (collectively, "Arctic"), hereby notify the Court that it has electronically served its Invalidity Contentions pursuant to Rule 3-3 and 3-5 of the Patent Rules for the Eastern District of Texas on all counsel of record on August 29, 2012, via email delivery. In addition, Plaintiff has served the required document production pursuant to P.R. 3-4 via overnight delivery on August 29, 2012.

Dated: August 29, 2012

Respectfully submitted,

*s/ John W. Cox*_____
Jason W. Cook (TX Bar No. 24028537)
LEAD COUNSEL
(jason.cook@alston.com)
ALSTON & BIRD LLP
2828 North Harwood Street
Suite 1800
Dallas, Texas 75201-2139
Tel.: (214) 922-3400
Fax: (214) 922-3899

Deepro R. Mukerjee (NY Bar No. 4046157)
(deepro.mukerjee@alston.com)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016-1387
Tel.: (212) 210-9400
Fax: (212) 210-9444

John W. Cox, Ph.D. (GA Bar No. 134059)
(john.cox@alston.com)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Plaintiffs ArcticDx, Inc., ArcticAx, Inc., and ArcticAx US Ltd.*

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 29th day of August 2012.

            */s/ John W. Cox*
            John W. Cox