IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ARCTICDX, INC., ARCTICAX, INC., and ARCTICAX US LTD., <br><br>Plaintiffs, <br><br>v. <br><br>SEQUENOM, INC. and SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC, <br><br>Defendants. | Case No. 2:12-cv-81-JRG-RSP <br><br>Jury Trial Demanded |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH P.R. 3-3 AND 3-4

Defendants Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC (collectively, "Sequenom") hereby notify the Court that it served its P.R. 3-3 Invalidity Contentions on counsel of record for Plaintiffs ArcticDX, Inc., ArcticAX, Inc., and ArcticAX US Ltd. (collectively, "Arctic") in accordance with P.R. 3-3, the Court's June 13, 2012 Discovery Order, and the Court's August 23, 2012 Order, on August 29, 2012 by electronic mail.

On August 29, 2012, Sequenom further served counsel of record for Arctic with its P.R. 3-4 document production in accordance with P.R. 3-4, the Court's June 13, 2012 Discovery Order, and the Court's August 23, 2012 Order, on August 29, 2012 by electronic mail.

Dated: August 29, 2012

Respectfully submitted,

KAYE SCHOLER LLP


By:___/s/ *Michael J. Malecek*_____
   Michael J. Malecek
   michael.malecek@kayescholer.com
   KAYE SCHOLER LLP
   2 Palo Alto Square
   3000 El Camino Real


Palo Alto, California 94306-2112
Tel.: (650) 319-4500
Fax: (650) 319-4700

Michael C. Smith
michaelsmith@siebman.com
SIEBMAN, BURG, PHILLIPS & SMITH LLP
113 East Austin St.
P.O. Box 1556
Marshall, TX 75671
Tel.: (903) 938-8900
Fax: (972) 767-7620

*Attorneys for Defendants Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 29th day of August, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by first class U.S. mail and/or electronic mail.

                                        */s/ Michael Malecek*
                                           Michael Malecek