**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ARCTICDX, INC., ARCTICAX, INC., and ARCTICAX US LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SEQUENOM, INC. and SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC, <br><br> Defendants. | CIVIL ACTION NO. 2:12-cv-81 <br><br> Jury Trial Demanded |

**NOTICE OF APPEARANCE**

Notice is given that the undersigned attorney Ross Allen enters his appearance in this matter as Attorney for Defendants Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC, for purposes of receiving notices and orders from the Court.

Dated:  September 4, 2012          Respectfully submitted,

                                                          *s/ Ross Allen*
                                        Ross Allen (California Bar No. 262968)
                                        ross.allen@kayescholer.com
                                        KAYE SCHOLER LLP
                                        3000 El Camino Real
                                        2 Palo Alto Square, Suite 400
                                        Palo Alto, CA  94306
                                        Telephone:     (650) 319-4500
                                        Facsimile:       (650) 319-4700

                                        Attorneys for Defendants Sequenom, Inc. and
                                        Sequenom Center for Molecular Medicine LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing NOTICE OF APPEARANCE has been forwarded via CM/ECF to all counsel of record on this 4th day of September, 2012.

                                                 *s/ Ross Allen*
                                           Ross Allen (California Bar No. 262968)